# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 15, 2014

To All Counsel of Record:

    RE:  13-2452  United States v. Eric Michelle Hunter
            13-2156  Jane Doe v. Sammy Hagar
            13-2592  Larry Alexander v. Avera St. Luke's Hospital
            13-2618  Brice S. Cody v. Prairie Ethanol, LLC
            13-3326  Thomas Kuduk v. BNSF Railway Company

Dear Counsel:

    Please be advised, oral arguments in the above listed cases will now be heard in Courtroom 5B on Thursday, June 12, 2014 in St. Paul, MN. The hearing panel remains the same.

    If you have questions, please call us.

                                              Michael E. Gans
                                              Clerk of Court

KAS

Enclosure(s)

cc:    Ms. Julie Elaine Allyn
       Ms. Pamela Bollweg
       Mr. Christopher W Bowman
       Mr. David Lee Brown
       Ms. Amy Bauer Conway
       Mr. Howard M. Cooper
       Mr. Bruce Jay Douglas
       Ms. Shannon Rae Falon
       Mr. Edward Francis Foye
       Ms. Frances M. Haas
       Mr. Thomas More Hollenhorst
       Mr. Eric Michelle Hunter
       Mr. Steven M. Johnson
       Mr. Louis E. Jungbauer
       Mr. James Wesley Kinnear
       Mr. Ryan Gene Koopmans
       Ms. Kristin Berger Parker
       Mr. Ronald A. Parsons Jr.

Mr. Richard W. Pins
Mr. Thomas C. Plunkett
Ms. Stephanie E Pochop
Mr. Reed Alan Rasmussen
Mr. David H. Rich
Mr. Richard J Sapp
Mr. Tim R. Shattuck
Ms. Ashley A. Wenger
Mr. Benjamin J. Wish
Mr. Alexander E Wonio

District Court/Agency Case Number(s):  0:12-cr-00185-ADM-3
6:11-cv-02067-LRR
1:12-cv-01012-CBK
4:11-cv-04123-KES
0:12-cv-00276-MJD