# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2156

Jane Doe

Appellant

v.

Sammy Hagar

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa, Waterloo
(6:11-cv-02067-LRR)

___

**MANDATE**

In accordance with the opinion and judgment of 08/28/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 18, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit